IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No. 3:13-00062 |
| | ) | **JUDGE TRAUGER** |
| KEVIN KOLB | ) | |

## MOTION TO CONTINUE TRIAL

Comes now the defendant KEVIN KOLB, by and through undersigned counsel and hereby moves this honorable court to continue the trial of this matter, currently set for **November 12, 2013,** for at least sixty days.

Defendant's counsel would show that he is awaiting information from third parties in preparation of this case.

Undersigned has conferred with Assistant United States Attorney Carrie Daughtery, and the government has no objection to a continuance.

A waiver of speedy trial executed by the defendant is filed under separate cover.

Respectfully submitted,

s/Travis Hawkins, BPR 17395
THE HAWKINS LAW FIRM
120 Old Liberty Pike
Franklin, Tennessee 37064
(615) 599-1010